IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | DOCKET NO. MC108-00021-001 |
| | ) | |
| BRIAN WAYNE CATES | ) | |

## ORDER

On April 14, 2008, the Honorable Lisa Godbey Wood sentenced the Defendant to one-hundred-ten (110) months custody of the Bureau of Prisons, and ordered that he serve three (3) years supervised release, pay $1,389.65 restitution, and pay a $500 special assessment as a result of his convictions of Counts 1 through 5 of Indictment CR107-00096-001. The sentence imposed in that case reflected a downward departure from the advisory imprisonment guidelines, pursuant to U.S.S.G. § 5K1.1, due to the Defendant's cooperation in the prosecution of Christopher R. Lefever in Indictment CR107-00166-001.

On September 10, 2008, the Defendant, as a continuation of his plea agreement in Indictment CR107-00096-001, appeared before the Court after being called by the Government as a witness in the sentencing hearing of Christopher R. Lefever. However, the Defendant refused to offer testimony even after being directed to do so by the Court.

The Court has necessarily considered the Defendant's conduct on September 10, 2008, and determined that the Defendant has committed the offense of Criminal Contempt of Court and he violated the conditions of his plea agreement by refusing to testify.

It is the judgment of this Court that the Defendant be sentenced to a term of four (4) months imprisonment, to be served consecutively to the one-hundred-ten (110) month term he is currently serving in Indictment CR107-00096-001.

SO ORDERED this 17th day of October, 2008.

Dudley H. Bowen, Jr.
United States District Judge